IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY LEWIS DAVIS, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | CIV. ACT. NO. 2:19-cv-237-ECM [WO] |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

**OPINION and ORDER**

On May 28, 2019, the Magistrate Judge entered a Recommendation that the petitioner's habeas petition be dismissed as a successive § 2255 motion filed without the required appellate court authorization (doc. 3). No objections to the Recommendation have been filed. Upon an independent review of the file in this case, upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, the petition for writ of habeas corpus be and is hereby DENIED, and this case be and is hereby DISMISSED because Davis has not received permission from the appellate court to file a second or successive § 2255 motion.

DONE this 21st day of June, 2019.

                                          /s/ Emily C. Marks
                                      EMILY C. MARKS
                                      CHIEF UNITED STATES DISTRICT JUDGE